Honorable Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LISANDRE DOWELL-ENNIS, <br><br> Defendant. | NO. CR20-0156 RSM <br><br> **ORDER** |

THE COURT has considered the Defendant's stipulated motion to Modify Conditions of Release by removing the condition of location monitoring/home detention and to add a curfew condition, along with all the records and files in this case.

THE COURT FINDS that the circumstances are as set forth in the parties' *stipulated* motion. Accordingly,

THE COURT ORDERS the the removal of the pre-trial release condition of home detention/location monitoring and adds curfew condition that reasonably accommodates work

///

ORDER GRANTING *STIPULATED* MOTION TO MODIFY CONDITIONS
OF RELEASE
Page - 1

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

1  and child-care duties with initial curfew of 9:00 p.m. - 5:00 a.m., and that all other conditions

2  remain in full force and effect.

3

4

5      DONE this day 11th of January, 2021.

6

7

8                                    _____
                                     RICARDO S. MARTINEZ
9                                    CHIEF UNITED STATES DISTRICT JUDGE

10

11

    Presented by:
12

    */s/ Thomas D. Coe*
13  By: _____
    THOMAS D. COE
14  Attorney for Defendant Park Hung Quan

15

    */s/ Casey S. Conzatti*
16  By: _____
    CASEY S. CONZATTI
17  Assistant United States Attorney

18

19

20

21

22

23

24

25

ORDER GRANTING *STIPULATED* MOTION TO MODIFY CONDITIONS OF RELEASE
Page - 2

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816