The Honorable Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LISANDRE DOWELL-ENNIS,<br><br>Defendant. | NO. CR20-0156 RSM<br><br>**ORDER GRANTING *STIPULATED* MOTION TO MODIFY CONDITIONS OF RELEASE BY REMOVING GPS LOCATION MONITORING CONDITION** |

THE COURT has considered the *stipulated* motion to Modify Conditions of Release [Dkt. 260] to remove the condition of GPS location monitoring/curfew, along with all the records and files in this case.

THE COURT FINDS that the circumstances are as set forth in the *stipulated* motion. Accordingly,

THE COURT ORDERS that the appearance bond be amended/modified by striking the final paragraph of "Other Special Conditions", which was added on October 28, 2021, and pertains to location monitoring with AGPS technology for curfew, and that all other conditions remain in full force and effect.

ORDER GRANTING *STIPULATED* MOTION TO MODIFY CONDITIONS
OF RELEASE
Page - 1

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

DONE this 2nd day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Thomas D. Coe*
By:
THOMAS D. COE
Attorney for Defendant Park Hung Quan

*/s/ Casey S. Conzatti*
By:
CASEY S. CONZATTI
Assistant United States Attorney

ORDER GRANTING *STIPULATED* MOTION TO MODIFY CONDITIONS OF RELEASE
Page - 2

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816