The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LISANDRE DOWELL-ENNIS,

    Defendant.

NO. CR20-0156 RSM

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR FURLOUGH

THIS COURT FINDS, the facts are as stated in defendant's motion for furlough [Dkt. 586] and are hereby incorporated.

IT IS HEREBY ORDERED that for the purpose of celebrating her son's birthday, the defendant be furloughed from home detention for 6.5 hours on August 22, 2024 beginning with picking up her kids (Teneah and Tyrone) from camp at 4:00 PM, taking them to a movie beginning at 4:30 PM at Regal Auburn Theatre, 1101 Outlet Collection Way, Unit 901, Auburn WA, 98001, followed by going to Walmart, 762 Outlet Collection Drive SW, Auburn WA, 98001 to pick out a gift, followed by dinner at Dave and Buster's Restaurant, 1101 Outlet Collection Drive SW, Auburn WA, 98001 and returning home by 10:30 PM..

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR FURLOUGH
U.S.A. v. Dowell Ennis, CR20-0156 RSM (*U.S.A. v. Hurd, et al.*)

Page - 1

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

DONE this 22nd day of August, 2024.

_____
The Honorable Michelle L. Peterson
United States Magistrate Judge

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR FURLOUGH
U.S.A. v. Dowell Ennis, CR20-0156 RSM (*U.S.A. v. Hurd, et al.*)
Page - 2

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816