The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LISANDRE DOWELL-ENNIS,<br><br>    Defendant. | NO.  CR20-0156 RSM<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO MODIFY APPEARANCE BOND |

THIS COURT FINDS, the facts are as stated in defendant's motion to modify her appearance bond condition of electronic home detention to curfew [Dkt. 593] and are hereby incorporated.

IT IS HEREBY ORDERED that the defendant's appearance bond special condition of electronic home detention be modified to curfew as follows:

<u>Strike/remove condition:</u>

The defendant shall participate in the location monitoring program with **Active Global Positioning Technology**. The defendant is restricted to his/her residence at all times except for medical necessities and court appearances, or other approved activities. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO
MODIFY APPEARANCE BOND
U.S.A. v. Dowell Ennis, CR20-0156 RSM (*U.S.A. v. Hurd, et al.*)
Page - 1

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

<u>Add condition:</u>

The defendant shall participate in the location monitoring program with **Active Global Positioning Technology**. The defendant shall comply with a **curfew as directed by the location monitoring specialist**. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.

DONE this 12th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Thomas D. Coe
<u>By:</u>
THOMAS D. COE WSB #23689
Email: tomdcoe@gmail.com
Attorney for Defendant

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO MODIFY APPEARANCE BOND
U.S.A. v. Dowell Ennis, CR20-0156 RSM (*U.S.A. v. Hurd, et al.*)
Page - 2

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816