The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LISANDRE DOWELL ENNIS,<br><br>    Defendant. | NO.  CR20-0156 RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL DOCUMENT |

**THIS MATTER** comes before the Court on the defendant's motion to seal documents "Exhibits 1, 2 and 7" [Dkt. 680] to her disposition memorandum [Dkt. 679] under seal. The Court has reviewed the motion and finds that the documents shall be filed under seal pursuant to CrR 49.1(e) because the document contains private protected health care information.

**IT IS HEREBY ORDERED** that documents "Exhibits 1, 2 and 7" [Dkt .680] to the defendant's disposition memorandum [Dkt. 679] be filed and remain under seal.

DONE this 15th day of September, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ Thomas D. Coe
By:
THOMAS D. COE
Email: tomdcoe@gmail.com
Attorney for Defendant

ORDER GRANTING MOTION TO SEAL DOCUMENT
*U.S.A. v. Dowell-Ennis, CR20-0156 RSM*
Page - 1

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816